# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No.: 1:08-cv-02706<br>)<br>) Judge James B. Zagel |
| WILLIAMS MONTGOMERY & JOHN LTD.; STEVEN J. ROEDER; THEODORE J. LOW; THOMAS C. KOESSL; and ALYSSA M. CAMPBELL. | )<br>) Magistrate Judge Jeffrey Cole<br>)<br>) |
| Defendants. | )<br>) |

## CORPORATE DISCLOSURE STATEMENT OF
## WESTCHESTER FIRE INSURANCE COMPANY

Pursuant to Federal Rule of Civil Procedures 7.1 and Local Rule 3.2, Westchester Fire Insurance Company, by its undersigned attorneys, hereby discloses the following:

1. Westchester Fire Insurance Company is a New York corporation and is a 100% wholly-owned subsidiary of ACE USA, Inc., a Delaware corporation.

2. ACE USA, Inc. is a 100% wholly owned subsidiary of ACE US Holdings, Inc., a Delaware corporation.

3. ACE US Holdings, Inc. is a 100% wholly-owned subsidiary of ACE Group Holdings, Inc., a Delaware corporation.

4. ACE Group Holdings, Inc. is a 100% wholly-owned subsidiary of ACE Limited.

5. ACE Limited is the ultimate parent and the only entity within the ACE Group of Companies that is traded on any public exchange.

6. Westchester Fire Insurance Company has no other parent corporations, nor does any other publicly held corporation own 5% or more of its stock.

Dated: May 9, 2008

        WESTCHESTER FIRE INSURANCE COMPANY,

        By:  s/ Edward P. Gibbons

        David E. Walker (Bar No. 6202056)
        Edward P. Gibbons (Bar No. 6201189)
        Tiffany S. Saltzman-Jones (Bar No. 6283921)
        Walker Wilcox Matousek LLP
        225 West Washington Street
        Suite 2400
        Chicago, IL 60606
        Tel:  (312) 244-6700
        Fax: (312) 244-6800/6801