U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                      Case Number: 1:08-cv-2706

Westchester Fire Insurance Company v. Williams Montgomery & John Ltd.; Steven J. Roeder; Theodore J. Low; Thomas C. Koessl; and Alyssa M. Campbell

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Westchester Fire Insurance Company - Plaintiff

| NAME (Type or print) |  |
|---|---|
| Edward P. Gibbons |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Edward P. Gibbons |  |
| FIRM |  |
| Walker Wilcox Matousek LLP |  |
| STREET ADDRESS |  |
| 225 W. Washington Street, Suite 2400 |  |
| CITY/STATE/ZIP |  |
| Chicago, Illinois 60606 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6201189 | 312-244-6744 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |  |