IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY, </br></br>Plaintiff,</br></br>vs.</br></br>WILLIAMS MONTGOMERY & JOHN LTD.; STEVEN J. ROEDER; THEODORE J. LOW; THOMAS C. KOESSL; and ALYSSA M. CAMPBELL.</br></br>Defendants. | Case No.: 1:08-cv-2706</br></br>Judge James B. Zagel</br></br>Magistrate Judge Jeffrey Cole |

## NOTICE OF FILING

To:

Williams Montgomery & John Ltd.
20 North Wacker Drive
Chicago, Illinois 60606

Steven J. Roeder
Williams Montgomery & John Ltd.
20 North Wacker Drive
Chicago, Illinois 60606

Theodore J. Low
Williams Montgomery & John Ltd.
20 North Wacker Drive
Chicago, Illinois 60606

Thomas C. Koessl
Williams Montgomery & John Ltd.
20 North Wacker Drive
Chicago, Illinois 60606

Alyssa M. Campbell
Williams Montgomery & John Ltd.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on May 13, 2008 we electronically filed the attached **Exhibit 1 to Exhibit L to the Complaint** with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

WESTCHESTER FIRE INSURANCE
COMPANY,

By: s/ Edward P. Gibbons

Edward P. Gibbons (Bar No. 6201189)
Walker Wilcox Matousek LLP
225 West Washington Street, Suite 2400
Chicago, IL 60606
Tel: (312) 244-6700
Fax: (312) 244-6800/6801

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Notice of Filing** and **Exhibit 1 to Exhibit L to the Complaint** was served this 13th day of May, by hand delivery, upon the following:

Williams Montgomery & John Ltd.
20 North Wacker Drive
Chicago, Illinois 60606

Steven J. Roeder
Williams Montgomery & John Ltd.
20 North Wacker Drive
Chicago, Illinois 60606

Theodore J. Low
Williams Montgomery & John Ltd.
20 North Wacker Drive
Chicago, Illinois 60606

Thomas C. Koessl
Williams Montgomery & John Ltd.
20 North Wacker Drive
Chicago, Illinois 60606

Alyssa M. Campbell
Williams Montgomery & John Ltd.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606

_____
Lanail Griffin