AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WESTCHESTER FIRE INSURANCE
COMPANY

CASE NUMBER: 08 C 2706

V.

ASSIGNED JUDGE: Judge James B. Zagel

WILLIAMS MONTGOMERY & JOHN LTD.;
STEVEN J. ROEDER; THEODORE J. LOW;
THOMAS C. KOESSL and ALYSSA M. CAMPBELL

DESIGNATED
MAGISTRATE JUDGE: Magistrate Judge Jeffrey Cole

TO: (Name and address of Defendant)

Williams Montgomery & John Ltd.
20 North Wacker Drive
Chicago, Illinois 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David E. Walker
Walker Wilcox Matousek LLP
225 W. Washington Street, Suite 2400
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

MICHAEL W. DOBBINS, CLERK

**URI ISUFI**

(By) DEPUTY CLERK

MAY 1 2 2008

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | May 13, 2008 |
| NAME OF SERVER *(PRINT)*<br>LaNail Griffin | TITLE | Paralegal |

*Check one box below to indicate appropriate method of service*

**G** Served personally upon the defendant. Place where served:  Served on Alyssa Campbell at

    Williams Montgomery & John, Ltd., 20 N. Wacker Drive, Chicago, IL 60606

**G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

**G** Returned unexecuted: _____

**G** Other (specify): _____

---

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/13/08      _____
         *Date*           *Signature of Server*

    225 W. Washington Street, Suite 2400, Chicago, IL
    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.