

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                     Case Number: 1:08-cv-2706

Westchester Fire Insurance Company v. Williams Montgomery & John Ltd., Steven J. Roeder; Theodore J. Low; Thomas C. Koessl; and Alyssa M. Campbell

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Westchester Fire Insurance Company - Plaintiff

**FILED**
MAY 15 2008
MAY 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Tiffany Saltzman-Jones | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Tiffany Saltzman-Jones | |
| FIRM <br> Walker Wilcox Matousek LLP | |
| STREET ADDRESS <br> 225 W. Washington Street, Suite 2400 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6283921 | TELEPHONE NUMBER <br> 312-244-6704 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |