U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 1:08-CV-2706

WESTCHESTER FIRE INSURANCE COMPANY,
         v.
WILLIAMS MONTGOMERY & JOHN, LTD.,
STEVEN J. ROEDER, THEODORE J. LOW,
THOMAS C. KOESSL and ALYSSA M. CAMPBELL

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WILLIAMS MONTGOMERY & JOHN, LTD., STEVEN J. ROEDER, THEODORE J. LOW, THOMAS C. KOESSL and ALYSSA M. CAMPBELL

| NAME (Type or print) |
| --- |
| Alyssa M. Campbell |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Alyssa M. Campbell |
| FIRM |
| WILLIAMS MONTGOMERY & JOHN, LTD. |
| STREET ADDRESS |
| 20 N. Wacker Drive, Suite 2100 |
| CITY/STATE/ZIP |
| Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6239092 | 312-855-4879 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐