IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WESTCHESTER FIRE INSURANCE COMPANY, )
)
       Plaintiff, )
)
vs. )
) Case No. 1:08-cv-2706
WILLIAMS MONTGOMERY & JOHN, LTD.; )
STEVEN J. ROEDER; THEODORE J. LOW; )
THOMAS C. KOESSL; and ALYSSA M. )
CAMPBELL, )
)
       Defendants. )

## DISCLOSURE STATEMENT

Defendant, WILLIAMS MONTGOMERY & JOHN LTD., hereby discloses that it has no publicly held affiliates and has no parent or subsidiary.

Respectfully submitted,

WILLIAMS MONTGOMERY & JOHN, LTD.

By: /s/ Alyssa M. Campbell
Attorney for Defendants

C. Barry Montgomery
Alyssa M. Campbell
Williams Montgomery & John, Ltd.
20 N. Wacker Drive, Suite 2100
Chicago, IL 60606
(312) 443-3200 (Telephone)
(312) 630-8500 (Fax)

Document #: 776668