IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WILLIAMS MONTGOMERY & JOHN, LTD.; )<br>STEVEN J. ROEDER; THEODORE J. LOW; )<br>THOMAS C. KOESSL; and ALYSSA M. )<br>CAMPBELL, )<br>)<br>Defendants. ) | Case No. 1:08-cv-2706 |

**CERTIFICATE OF SERVICE OF**
**ATTORNEY APPEARANCE FORM and DISCLOSURE STATEMENT**

I hereby certify that on June 5, 2008, I electronically filed:

1. Appearance of Alyssa M. Campbell on behalf of Defendants Williams Montgomery & John, Ltd., Steven J. Roeder, Theodore J. Low, Thomas C. Koessl; and Alyssa M. Campbell; and

2. Defendant's Disclosure Statement

using the CM/ECF system which sent notification of such filing to all counsel listed on the attached service list.

By: /s/ Alyssa M. Campbell
Alyssa M. Campbell, ARDC#6239092
One of the Attorney for Defendants
    Williams Montgomery & John, Ltd.,
    Steven J. Roeder, Theodore J. Low,
    Thomas C. Koessl and Alyssa M. Campbell
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
Telephone: 312-443-3200
Facsimile: 312-630-8500
E-mail: amc@willmont.com

## SERVICE LIST

**Westchester Fire Insurance Company**
v.
**Williams Montgomery & John, Ltd.,
Steven J. Roeder, Theodore J. Low
Thomas C. Koessl and Alyssa M. Campbell**
Case No. 1:08-cv-2706

**Attorneys for Plaintiff Westchester Fire Insurance Company:**

**Edward P. Gibbons**
Walker, Wilcox, Matousek LLP
225 West Washington Street
Suite 2400
Chicago, IL 60606
(312) 244-6700
egibbons@wwmlawyers.com

**Tiffany Suzan Saltzman-Jones**
Walker Wilcox Matousek LLP
225 W. Washington Street
Suite 2400
Chicago, IL 60606
(312) 244-6704
tsj@ wwmlawyers.com

**David E. Walker**
Walker, Wilcox, Matousek LLP
225 West Washington Street
Suite 2400
Chicago, IL 60606
(312) 244-6704
dwalker@wwmlawyers.com

Document #: 776918