U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　　　Case Number: 1:08-CV-2706
WESTCHESTER FIRE INSURANCE COMPANY,
　　　　　　　　v.
WILLIAMS MONTGOMERY & JOHN, LTD.,
STEVEN J. ROEDER, THEODORE J. LOW,
THOMAS C. KOESSL and ALYSSA M. CAMPBELL

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WILLIAMS MONTGOMERY & JOHN, LTD., STEVEN J. ROEDER, THEODORE J. LOW, THOMAS C. KOESSL and ALYSSA M. CAMPBELL

| | |
|---|---|
| NAME (Type or print) <br> C. Barry Montgomery | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ C. Barry Montgomery | |
| FIRM <br> WILLIAMS MONTGOMERY & JOHN, LTD. | |
| STREET ADDRESS <br> 20 N. Wacker Drive, Suite 2100 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 1945351 | TELEPHONE NUMBER <br> 312-855-4879 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓　　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　　NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓　　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓　　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |