IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:08-cv-2706 |
| WILLIAMS MONTGOMERY & JOHN, LTD.; STEVEN J. ROEDER; THEODORE J. LOW; THOMAS C. KOESSL; and ALYSSA M. CAMPBELL, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DISCLOSURE STATEMENT**

Defendant, WILLIAMS MONTGOMERY & JOHN LTD., hereby discloses that it has no publicly held affiliates and has no parent or subsidiary.

Respectfully submitted,

WILLIAMS MONTGOMERY & JOHN, LTD.

By:   /s/ C. Barry Montgomery
Attorney for Defendants

C. Barry Montgomery
Alyssa M. Campbell
Williams Montgomery & John, Ltd.
20 N. Wacker Drive, Suite 2100
Chicago, IL  60606
(312) 443-3200 (Telephone)
(312) 630-8500 (Fax)

Document #: 775832